# In the United States Court of Federal Claims

No. 15-306C
(Filed: September 18, 2015)

| | |
|---|---|
| LAS CRUCES FEDERATED, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**O R D E R**

The court is in receipt of plaintiff's motion (ECF No. 12), filed September 18, 2015, to dismiss its complaint in the above-captioned case with prejudice. Plaintiff requests that each party pay its own attorney's fees and costs of litigation. Defendant does not oppose plaintiff's motion. Accordingly, plaintiff's motion to dismiss its complaint against the United States is **GRANTED**. Each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge